# United States Court of Appeals for the Fifth Circuit

---

No. 24-10820
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**

February 13, 2025

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

WILLIAM LLOYD GRIFFITH,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:11-CR-250-7

---

Before GRAVES, WILLETT, and WILSON, *Circuit Judges*.

PER CURIAM:*

The Federal Public Defender representing William Lloyd Griffith in his appeal of his revocation of supervised release and resulting sentence of eight months' imprisonment seeks leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Griffith has not filed a response.

---

* This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 24-10820

During the pendency of this appeal, Griffith completed the sentence imposed upon revocation of supervised release and was released from custody. Because no additional term of supervised release was imposed, the instant appeal is moot. *See Spencer v. Kemna*, 523 U.S. 1, 7 (1998); *Bailey v. Southerland*, 821 F.2d 277, 278 (5th Cir. 1987). Accordingly, the appeal is DISMISSED as moot, and counsel's motion for leave to withdraw is DENIED as unnecessary.